IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | ) | |
| | ) CR 13-162 | |
| v. | ) CV 19-1023 | |
| | ) | |
| WILLIAM MICHALOWSKI | | |

**ORDER**

Before the Court is Defendant's counseled Motion pursuant to 28 U.S.C. § 2255, as supplemented following authorization by the Court of Appeals to file a second or successive petition. As Defendant acknowledges, his Motion must be denied pursuant to binding precedent. See United States v. Johnson, 899 F. 3d 191, 203- (3d Cir. 2018), United States v. Wilson, 880 F. 3d 80 (3d Cir. 2018). Under 28 U.S.C.§ 2253(c)(2), a "certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right." No certificate of appealability shall issue.

AND NOW, this 5th day of September, 2019, IT IS SO ORDERED.

BY THE COURT:

*Donetta F. Ambrose*

_____
Donetta W. Ambrose
Senior Judge, U.S. District Court